IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02074-MSK-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$407,511.00 IN UNITED STATES CURRENCY,

    Defendant.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture **(#52)**, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. §881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the only party to have filed a Claim and Answer was Martin Vega-Beleta; however, on April 1, 2010, Vega-Beleta withdrew his Claim and Answer and is therefore no longer a party to this action;

THAT no other claims to the defendant Currency have been filed by any other party; and

THAT it further appears there is cause to issue a forfeiture order for the defendant Currency under 21 U.S.C. §881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture of defendant $407,511.00 in United States Currency is entered in favor of the United States;

THAT the United States shall have full and legal title to the forfeited Currency, and may dispose of it in accordance with law;

THAT a Certificate of Reasonable Cause pursuant to 28 U.S.C. §2465, which this Order constitutes, is granted as to defendant Currency; and

THAT the Clerk of Court is directed to enter Judgment as to defendant Currency and close this case.

DATED this 5th day of April, 2010.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge